IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| SHIRLEY HOLLIS, )<br>)<br>Plaintiff, )<br>)<br>VS. )<br>)<br>WAL-MART STORES EAST, LP, )<br>)<br>Defendant. ) | No. 1:13-cv-0127<br>JURY DEMAND<br>JUDGE HAYNES |

*[Handwritten notation: "Owen — motion is granted" with signature and date 10-21-13]*

## MOTION FOR ENTRY OF AN AGREED ORDER FOR THE RELEASE OF SHIRLEY HOLLIS' MEDICAL, EMPLOYMENT, AND INCOME TAX RECORDS

Defendant moves the Court to enter the attached agreed order for the release of Shirley Hollis' medical, employment, and income tax records.

The entry of the agreed order will substantially assist defendant in its evaluation of this matter, particularly plaintiff's damages, and will speed up the resolution of this dispute.

        s/ Meredith L. Hiester
        G. Andrew Rowlett, No. 16277
        Meredith L. Hiester, No. 30183
        HOWELL & FISHER, PLLC
        300 James Robertson Parkway
        Nashville, TN 37201-1107
        #615/244-3370
        Attorneys for defendant